**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 27, 2023

Mr. Dennis Belli
Law Office
536 S. High Street
Floor Two
Columbus, OH 43215-5785

Ms. Alexis J. Zouhary
Office of the U.S. Attorney
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

Re:  Case No. 23-3566, *USA v. Matthew Borges*
Originating Case No.  1:20-cr-00077-4

Dear Counsel,

The appellee's motion to extend time to file a response is granted. The appellee shall be permitted to file a response on or before August 3, 2023.

Sincerely,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035