IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**          :

    **Plaintiff-Appellee,**          :

vs.                                                                :          Case No. 23-3566

**MATTHEW BORGES,**          :

    **Defendant-Appellant.**          :

Direct Appeal from a Criminal Judgment
Entered In the United States District Court for the
Southern District of Ohio (Cincinnati)
Docket No. 1:20-cr-00077-4
(Timothy S. Black, District Judge)

## MOTION OF DEFENDANT-APPELLANT FOR EXTENSION OF BRIEFING SCHEDULE

Defendant-Appellant respectfully moves the Court for an order extending the due date for Appellant's Brief from September 5, 2023 to **October 5, 2023**. Due to the press of other professional commitments, appellate counsel will require an additional 30 days to review the record, conduct legal research, and write the brief.

                                                s/Dennis C. Belli
                                                DENNIS C. BELLI
                                                536 South High St. Fl. 2

Columbus, Ohio 43215-5785
Phone:(614) 300-2911
Fax: (888) 901-8040
E-Mail: bellilawoffice@yahoo.com
ATTORNEY FOR DEFENDANT-APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of this Court using the ECF system, which will send notification and a copy of such filing to Alexis J. Zouhary, Assistant United States Attorney, Attorney for Plaintiff-Appellee United States of America.

s/Dennis C. Belli
DENNIS C. BELLI
ATTORNEY FOR DEFENDANT-APPELLANT