IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**         :

    **Plaintiff-Appellee,**         :

vs.                                    :        Case No. 23-3566

**MATTHEW BORGES,**                    :

    **Defendant-Appellant.**        :

Direct Appeal from a Criminal Judgment
Entered In the United States District Court for the
Southern District of Ohio (Cincinnati)
Docket No. 1:20-cr-00077-4
(Timothy S. Black, District Judge)

---

### MOTION OF DEFENDANT-APPELLANT FOR EXTENSION OF BRIEFING SCHEDULE

---

Defendant-Appellant respectfully moves the Court for an order extending the due date for Appellant's Brief from October 5, 2023 to **November 6, 2023**.

This is an appeal from a RICO conspiracy conviction entered following a 26-day jury trial. The transcripts of the trial alone consume 3,980 pages. The district court admitted several hundred documentary exhibits into evidence.

Due to the press of daily commitments in the trial courts, client meetings, telephone calls, and multiple research and writing assignments, appellate counsel has had to devote his evening hours and weekends toward reviewing

and digesting the voluminous district court record. Appellate counsel is also engaged in preparations for a state aggravated murder trial commencing October 16, 2023.

In view of appellate counsel's other commitments and the complexity of the record, and despite the exercise of due diligence, he will require an additional 30 days to complete review of the record, conduct legal research, and write the brief.

s/Dennis C. Belli
DENNIS C. BELLI
536 South High St. Fl. 2
Columbus, Ohio 43215-5785
Phone:(614) 300-2911
Fax: (888) 901-8040
E-Mail: bellilawoffice@yahoo.com
ATTORNEY FOR DEFENDANT-
APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2023, I electronically filed the foregoing with the Clerk of this Court using the ECF system, which will send notification and a copy of such filing to Alexis J. Zouhary, Assistant United States Attorney, Attorney for Plaintiff-Appellee United States of America.

s/Dennis C. Belli
DENNIS C. BELLI
ATTORNEY FOR DEFENDANT-
APPELLANT
