IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff-Appellee,** | : |
| vs. | :    Case No. 23-3566 |
| **MATTHEW BORGES,** | : |
| **Defendant-Appellant.** | : |

Direct Appeal from a Criminal Judgment
Entered In the United States District Court for the
Southern District of Ohio (Cincinnati)
Docket No. 1:20-cr-00077-4
(Timothy S. Black, District Judge)

---

### MOTION OF DEFENDANT-APPELLANT FOR EXTENSION OF BRIEFING SCHEDULE

---

Defendant-Appellant respectfully moves the Court for an order extending the due date for Appellant's Brief from November 6, 2023 to **December 6, 2023**.

This is an appeal from a RICO conspiracy conviction entered following a 26-day jury trial. The transcripts of the trial alone consume 3,980 pages. The district court admitted several hundred documentary exhibits into evidence.

Due to the press of daily commitments in the trial courts, client meetings, telephone calls, and multiple research and writing assignments, appellate

counsel has had to devote his evening hours and weekends toward reviewing and digesting the voluminous district court record. These commitments include appearance as defense counsel for a week long state aggravated murder trial between October 16-20, 2023 (*State of Ohio v. Othman Abdu*, Franklin County Common Pleas Court Case No. 21CR4997), and trial preparations for a state attempted murder trial commencing November 6, 2023 (*State of Ohio v. Latoya Rogers*, Franklin County Common Pleas Court Case No. 22CR680).

Appellate counsel <u>has</u> commenced writing the appellant's brief and <u>is</u> making substantial progress. However, in view of his other commitments and the complexity of the record, and despite the exercise of due diligence, he will require an additional 30 days to complete writing the remainder of the brief. Counsel does not anticipate seeking any further extensions.

s/Dennis C. Belli
DENNIS C. BELLI
536 South High St. Fl. 2
Columbus, Ohio 43215-5785
Phone:(614) 300-2911
Fax: (888) 901-8040
E-Mail: bellilawoffice@yahoo.com
ATTORNEY FOR DEFENDANT-APPELLANT

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2023, I electronically filed the foregoing with the Clerk of this Court using the ECF system, which will send notification and a copy of such filing to Alexis J. Zouhary, Assistant United States Attorney, Attorney for Plaintiff-Appellee United States of America.

                                       s/Dennis C. Belli
                                       DENNIS C. BELLI
                                       ATTORNEY FOR DEFENDANT-APPELLANT