IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,** :

    **Plaintiff-Appellee,** :

vs. :     Case No. 23-3566

**MATTHEW BORGES,** :

    **Defendant-Appellant.** :

Direct Appeal from a Criminal Judgment
Entered In the United States District Court for the
Southern District of Ohio (Cincinnati)
Docket No. 1:20-cr-00077-4
(Timothy S. Black, District Judge)

---

### MOTION OF DEFENDANT-APPELLANT FOR EXTENSION OF BRIEFING SCHEDULE

---

Defendant-Appellant respectfully moves the Court for an order extending the due date for Appellant's Brief from December 6, 2023 to **January 5, 2024**.

This is an appeal from a RICO conspiracy conviction entered following a 26-day jury trial. The transcripts of the trial alone consume 3,980 pages. The district court admitted several hundred documentary exhibits into evidence.

Despite dealing with a heavy trial and appellate court caseload, appellate counsel <u>has</u> completed writing approximately 80% of the Appellant's Brief and anticipates completing the remainder in the next one to two weeks. His client

(who has attended law school) has asked for an opportunity to review a draft of the brief and propose possible changes, additions and/or corrections. Counsel wishes to accommodate his client in light of the substantial interests at stake. Due to the client's incarceration in the federal institution, this process will take additional time. Under the circumstances, an additional-30 day extension is requested.

s/Dennis C. Belli<br>
DENNIS C. BELLI<br>
536 South High St. Fl. 2<br>
Columbus, Ohio 43215-5785<br>
Phone:(614) 300-2911<br>
Fax: (888) 901-8040<br>
E-Mail: bellilawoffice@yahoo.com<br>
ATTORNEY FOR DEFENDANT-APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of this Court using the ECF system, which will send notification and a copy of such filing to Alexis J. Zouhary, Assistant United States Attorney, Attorney for Plaintiff-Appellee United States of America.

s/Dennis C. Belli<br>
DENNIS C. BELLI<br>
ATTORNEY FOR DEFENDANT-APPELLANT