UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America,
    *Plaintiff-Appellee,*

v.                                                                                          No. 23-3566

Matthew Borges,
    *Defendant-Appellant.*

_____

Plaintiff-Appellee's Motion to Extend Briefing Schedule
_____

    Plaintiff-Appellee United States of America moves the Court to extend the briefing schedule in this case by thirty days. An additional thirty days is needed for counsel to complete a review of the district court record and respond to the issues raised in the appellant's brief. Defendant-Appellant Borges was found guilty after a 26-day jury trial and sentenced to 60 months in prison. This is the first request for an extension of time by the United States.

For these reasons, the United States asks the Court to grant this motion and extend the due date for the appellee's brief by thirty days.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Alexis J. Zouhary
ALEXIS J. ZOUHARY
Assistant United States Attorney
221 East Fourth St., Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
alexis.zouhary@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Briefing Schedule was filed with the Court's CM/ECF system this 7th day of February 2024 and served electronically on all parties of record.

s/Alexis J. Zouhary
ALEXIS J. ZOUHARY
Assistant United States Attorney
