UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America,
    *Plaintiff-Appellee*,

v.   No. 23-3566

Matthew Borges,
    *Defendant-Appellant.*

_____

Plaintiff-Appellee's Motion to Extend Briefing Schedule
_____

Plaintiff-Appellee United States of America moves the Court to extend the briefing schedule in this case by thirty days. This is the third request for an extension of time by the United States.

After a 26-day jury trial, Defendant-Appellant Borges was found guilty of RICO conspiracy and sentenced to 60 months in prison. This Court denied Borges's motion for release.

As defense counsel highlighted to this Court, the appellate record in this case is unusually voluminous, with the trial transcripts alone consuming 3,980 pages. (*See* Docs. 14, 16, & 19 (referencing voluminous and complex record).) Indeed, counsel for Borges sought—and

received—four extensions of time totaling 120 days. (*See* Docs. 12, 14, 16, & 19.)

The undersigned was assigned to this case on appeal and has been working as diligently as possible. However, in light of the size of the record in this case and the undersigned's other obligations, it is not possible to adequately address the issues raised in the appellant's brief without an extension of time.

For these reasons, the United States asks the Court to grant this motion and extend the due date for the appellee's brief by thirty days.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/Alexis J. Zouhary
    ALEXIS J. ZOUHARY
    Assistant United States Attorney
    221 East Fourth St., Suite 400
    Cincinnati, Ohio 45202
    (513) 684-3711
    alexis.zouhary@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Briefing Schedule was filed with the Court's CM/ECF system this 5th day of April 2024 and served electronically on all parties of record.

s/Alexis J. Zouhary
ALEXIS J. ZOUHARY
Assistant United States Attorney
