UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America,
    *Plaintiff-Appellee,*

v.      No. 23-3566

Matthew Borges,
    *Defendant-Appellant.*

_____

Plaintiff-Appellee's Motion to Extend Briefing Schedule
_____

    Plaintiff-Appellee United States of America moves the Court to extend the briefing schedule in this case by fourteen days. This is the fourth request for an extension of time by the United States.

    After a 26-day jury trial, Defendant-Appellant Borges was found guilty of RICO conspiracy and sentenced to 60 months in prison. This Court denied Borges's motion for release.

    As defense counsel highlighted to this Court, the appellate record in this case is unusually voluminous, with the trial transcripts alone consuming 3,980 pages. (*See* Docs. 14, 16, & 19 (referencing voluminous record).) Indeed, counsel for Borges sought—and received—four

extensions of time totaling 120 days. (*See* Docs. 12, 14, 16, & 19.)

The undersigned was assigned to this case on appeal and has been working as diligently as possible. Given the size of the record in this case, the undersigned's other obligations, and the government's pending motion for leave to file an oversized brief, the United States needs an additional 14 days to finalize its brief. The United States does not anticipate requesting additional extensions of time.

        Respectfully submitted,

        KENNETH L. PARKER
        United States Attorney

        s/Alexis J. Zouhary
        ALEXIS J. ZOUHARY
        Assistant United States Attorney
        221 East Fourth St., Suite 400
        Cincinnati, Ohio 45202
        (513) 684-3711
        alexis.zouhary@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Briefing Schedule was filed with the Court's CM/ECF system this 6th day of May 2024 and served electronically on all parties of record.

                                              s/Alexis J. Zouhary
                                              ALEXIS J. ZOUHARY
                                              Assistant United States Attorney