23-3566

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 7, 2024
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MATTHEW BORGES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

The defendant appeals the district court's judgment after a jury convicted him of Racketeer Influenced and Corrupt Organizations (RICO) conspiracy. The Government moves for leave to file an oversized brief of up to 18,000 words. The defendant responds in opposition, and the Government replies. The United States also moves for a 14-day extension of time to file its principal brief.

Briefs in excess of the limits provided by the rules are seldom granted. 6 Cir. I.O.P. 28(a). The United States's motion to file an oversized brief is **GRANTED IN PART**, and the Government may file a brief of up to 15,000 words. The motion to extend time is **GRANTED**, and briefing will be reset by separate letter.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk