## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 13, 2024

Mr. Dennis Belli
Law Office
536 S. High Street
Floor Two
Columbus, OH 43215-5785

Ms. Alexis J. Zouhary
Office of the U.S. Attorney
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

Re:  Case No. 23-3566, *USA v. Matthew Borges*
     Originating Case No. : 1:20-cr-00077-4

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **June 27, 2024**.

                              Sincerely yours,

                              s/Michelle R. Lambert
                              Case Manager
                              Direct Dial No. 513-564-7035