IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff-Appellee,** | : |
| vs. | :   Case No. 23-3566 |
| **MATTHEW BORGES,** | : |
| **Defendant-Appellant.** | : |

Direct Appeal from a Criminal Judgment
Entered In the United States District Court for the
Southern District of Ohio (Cincinnati)
Docket No. 1:20-cr-00077-4
(Timothy S. Black, District Judge)

---

### MOTION OF DEFENDANT-APPELLANT
### TO EXPEDITE ORAL ARGUMENT

---

Defendant-Appellant Matthew Borges ("Borges") respectfully moves the Court pursuant to 6th Cir. R. 34(c) to expedite oral argument (in the event oral argument is granted) for reasons stated in the accompanying memorandum.

s/Dennis C. Belli
DENNIS C. BELLI
536 South High St. Fl. 2
Columbus, Ohio 43215-5785
Phone:(614) 300-2911
Fax: (888) 901-8040
E-Mail: bellilawoffice@yahoo.com
ATTORNEY FOR DEFENDANT-
APPELLANT

## **MEMORANDUM**

A Southern District of Ohio jury found Borges guilty of participation in a RICO conspiracy. On June 30, 2023, the district court sentenced him to a 60-month prison term. The court denied his motion for release pending appeal, and ordered that he be taken into custody forthwith.

As of the date of filing of this motion, Borges has served almost 13 months of his prison term. The Bureau of Prisons website inmate locator indicates his projected release date (after deducting credit for good behavior) is July 4, 2027.

The district court record in this direct appeal is voluminous. The issues presented for review are challenging. Both sides were granted multiple briefing extensions due to the complexity of the record and the issues. Borges anticipates the decision-making process itself will consume a not insignificant period of time.

In light of the foregoing, Borges respectfully asks the Court to consider expediting the scheduling of a hearing for oral argument (in the event his request for oral argument is granted).

s/Dennis C. Belli  
DENNIS C. BELLI  
ATTORNEY FOR DEFENDANT-APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of this Court using the ECF system, which will send notification and a copy of such filing to Alexis J. Zouhary, Assistant United States Attorney, Attorney for Plaintiff-Appellee United States of America.

                                        s/Dennis C. Belli
                                        DENNIS C. BELLI
                                        ATTORNEY FOR DEFENDANT-APPELLANT