IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**         :

      **Plaintiff-Appellee,**         :

**vs.**         :         **Case No. 23-3566**

**MATTHEW BORGES,**         :

      **Defendant-Appellant.**         :

Direct Appeal from a Criminal Judgment
Entered In the United States District Court for the
Southern District of Ohio (Cincinnati)
Docket No. 1:20-cr-00077-4
(Timothy S. Black, District Judge)

---

**MOTION OF DEFENDANT-APPELLANT TO EXTEND
EN BANC REHEARING MOTION DEADLINE DATE**

---

Defendant-Appellant Matthew Borges respectfully moves the Court for an order extending the deadline date for filing a motion for rehearing en banc from May 20,2025 to **June 20, 2025** on the ground that appellate counsel has experienced obstacles in scheduling a privileged telephone call with his client to discuss the subject, and will require an additional 30 days to prepare such a motion in the event his client wishes to pursue this remedy. The Court has granted Co-Appellant Larry Householder (23-3565) an extension to the same date for similar reasons.

s/Dennis C. Belli
DENNIS C. BELLI
536 South High St. Fl. 2
Columbus, Ohio 43215-5785
Phone:(614) 300-2911
Fax: (888) 901-8040
E-Mail: bellilawoffice@yahoo.com
ATTORNEY FOR DEFENDANT-
APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of this Court using the ECF system, which will send notification and a copy of such filing to Alexis J. Zouhary, Assistant United States Attorney, Attorney for Plaintiff-Appellee United States of America.

s/Dennis C. Belli
DENNIS C. BELLI
ATTORNEY FOR DEFENDANT-
APPELLANT